in lieu of the undertaking already filed; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

AGNES M. HAINES, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

DOLORES HAINES, an Infant, etc., by JAMES D. HAINES, Her Guardian ad Litem, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JAMES D. HAINES, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JEANNINE HAINES, an Infant, etc., by JAMES D. HAINES, Her Guardian ad Litem, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THEODORE B. HENNENLOTTER, as Trustee in Bankruptcy of HENRY GREENE, Appellant, v. HENRY SEINFEL and Others, Respondents.— Motion to dispense with printing exhibits granted by default. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

PATRICK J. HOEY, Doing Business under the Firm Name and Style of P. J. HOEY COMPANY, Respondent, v. THOMAS JEFFERSON BURNETT and Others, Appellants, and Others, Defendants.— Motion for stay granted upon condition that appellants perfect the appeal for October ninth (for which day the case is set down) and be ready for argument when reached, and upon the further condition that the undertaking given at the time the order to show cause was signed be continued; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

PATRICK J. HOEY, Doing Business under the Firm Name and Style of P. J. HOEY COMPANY, Respondent, v. DAVID KRAUS and Others, Appellants.— Motion for stay granted upon condition that appellants perfect the appeal for October ninth (for which day the case is set down) and be ready for argument when reached, and upon the further condition that the undertaking given at the time the order to show cause was signed be continued; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of HARRIET M. ELLIS for Payment of Award Made for Parcels No. 192 and No. 195 on the Damage Map and in the Final Decree of the Supreme Court in the Proceeding to Acquire Title for an Addition to Dyker Beach Park, etc., in the Borough of Brooklyn, City of New York.— On consent, motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of GEORGE EPSTEIN, Respondent, for the Removal of THEODORE KUTZ and LAKE GROVE HOTEL, INC., from Certain Premises, Appellant.— Motion to dismiss appeal denied upon condition that appellant

perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JACOBS CONTRACTING CO., INC., Respondent, v. HELEN HIRSCHMAN and Another, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JACOBS CONTRACTING CO., INC., Respondent, v. HELEN HIRSCHMAN and Another, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE JARL COMPANY, Appellant, v. THE VILLAGE OF CROTON-ON-HUDSON and GEORGE MILLER and Others, as and Composing the Board of Trustees of the Said Village of Croton-on-Hudson, Respondents.— Motion for leave to file a brief *amicus curiæ* granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

SARA KLEIN, Respondent, v. MUNCH BREWERY BOTTLING DEPARTMENT, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

KINGS BUILDERS, INC., Respondent, v. FRED PILLAR and Others, Defendants. In the Matter of the Application of the LEER BUILDING & CONSTRUCTION CO., INC., Appellant.— Motion for stay pending appeal granted to the extent of requiring the receiver to retain the rents collected. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

BENJAMIN H. KNOTHE, Respondent, v. PETER BOUNACOS, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

DAVID KRAUS and Others, Appellants, v. THE CENTURY INDEMNITY COMPANY, Respondent.— Motion for stay granted upon condition that appellants perfect the appeal for October ninth (for which day the case is set down) and be ready for argument when reached, and upon the further condition that the undertaking given at the time the order to show cause was signed be continued; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

I. H. MEYER, INC., Respondent, v. CONGREGATION TIFERETH ISRAEL, INC., Appellant.— Motion to dismiss appeal granted on consent, and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

CHARLES E. MICKELWAIT, Appellant, v. IVY CONSTRUCTION CORPORATION, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE MOTHERLAND SHIPPING COMPANY, LTD., Respondent, v. FRANK I. FINKLER, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the November term (for which term the case is placed at the head of the calendar) and be ready for argument when reached; otherwise, motion denied,